*Wednesday, June 23, 1993*

## MERIT DOCKET

**93–420.** State v. Messineo. *Athens County.* Appeal from the Court of Appeals for Athens County, Nos. 1488 and 1493. On second motion for leave to exceed page limit and on motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.